UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES,<br><br>    Plaintiff,<br><br>-against-<br><br>ENRICO PUGLISI, LTD.,<br><br>    Defendant. | 23-CV-11017 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated February 28, 2024 (ECF 11), Judge Analisa Torres referred this case to Magistrate Judge Ona T. Wang for settlement. On February 29, 2024, that referral was reassigned to me.

  A settlement conference is scheduled for **Friday, March 22, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **March 8, 2024** to propose three alternative dates for a settlement conference in March. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, March 15, 2024, at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

  Prior to the settlement conference, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether plaintiff has satisfied the threshold requirement of standing. See, e.g., Calcano v. Swarovski N. Am. Ltd., 36 F.4th 68, 77-78 (2d Cir. 2022); Harty v. W. Point Realty, Inc., 28 F.4th 435, 443-44 (2d Cir. 2022).

DATED: March 1, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge