UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES,<br><br>      Plaintiff,<br><br> -against-<br><br>ENRICO PUGLISI, LTD.,<br><br>      Defendant. | 23-CV-11017 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference was scheduled for March 22, 2024**.** Due to parties' request, it is now rescheduled to **Wednesday, March 20, 2024 at 2:00 p.m** to be held through video conference. The Courtroom Deputy will send the conference details.

  The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Wednesday, March 13, 2024, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED: March 8, 2024
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge